**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:06-CR-0169 |
| | : | |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **TINIKA STEIN,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 12th day of October, 2007, following a hearing on the petition for revocation of probation for violations of the terms of probation (Doc. 23) as to the above-named defendant, and the defendant having admitted to said violations, it is hereby ORDERED that the court declines to revoke defendant's term of probation, however said terms of probation are MODIFIED as follows:

      1. Defendant Tinika Stein shall serve an additional term of probation of six (6) months. Said term of probation is to be served consecutively to the term of probation that defendant is currently serving.

      2. Defendant shall perform an additional thirty (30) hours of community service, at the direction of the probation officer.

                                              S/Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge